Albert P. Allan
North Carolina Bar No. 18882
Allan Law Firm, PLLC
409 East Boulevard
Charlotte, North Carolina 28203
(704) 371-5605
alallan@allaniplitigation.com
Attorney for Defendant Police Priority, Inc.

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| I-VIEW NOW, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>Police Priority, Inc. and<br>　　Does 1 through 10,<br><br>　　　　Defendants. | 2:17–CV–2604–RFB–VCF<br><br>*Defendant Police Priority's Unopposed Motion for Extension of Time To Answer or Otherwise Respond*<br><br>　　*(First Request)* |

　　Defendant Police Priority, Inc. moves this Court for a thirty-day extension of time to answer or otherwise respond to the complaint filed by Plaintiff I-View Now, LLC in this action. This is Police Priority's first motion for an extension of time to answer or otherwise respond to the complaint. Currently, Police Priority's answer or responsive motion is

1

due by December 26, 2017. If granted, Police Priority's answer or responsive motion would be due no later than January 25, 2018.

Counsel for Police Priority has not yet filed its verified petition, but will do so as soon as it obtains certification of counsel's good standing from the clerk of the Supreme Court of North Carolina. As soon as counsel obtains the certification, counsel will comply with LR IA 11-2. Counsel expects compliance within thirty days of this motion.

Police Priority requests this extension because, due to the holiday schedule and other matters, Police Priority's counsel has not had adequate time to review the allegations in the complaint in sufficient detail to prepare an answer or responsive motion. Although the complaint was served on December 5, 2017, counsel for Police Priority was not aware that the complaint had been served until December 14, 2017. Given counsel's prior commitments and the intervening holidays, counsel has not had time to adequately prepare its response.

As this is a patent-infringement lawsuit, significant time will need to be devoted to investigating not only the allegations in the complaint, but also the patent at issue, the file history, and the Police Priority product at issue.

Counsel for Police Priority has consulted with counsel for Plaintiff I-View Now, and counsel for I-View Now does not object to Police Priority's request for a thirty-day extension of time, to January 25, 2018.

This 23rd day of December, 2017.

*/s/ Albert P. Allan*
   Albert P. Allan

Allan Law Firm, PLLC
409 East Boulevard
Charlotte, North Carolina 28203
(704) 371-5605
Fax: (704) 372-7411
alallan@allaniplitigation.com
State Bar No. 18882

Attorney for Defendant Police Priority, Inc..

IT IS SO ORDERED:

_____
  UNITED STATES MAGISTRATE JUDGE

DATED:  1-2-2018

## Certificate of Service

I, Albert P. Allan, hereby certify that on December 23, 2017, the foregoing Defendant Police Priority's Unopposed Motion for Extension of Time To Answer or Otherwise Respond was served upon counsel of record using the Court's CM/ECF system, which will send notifications of the filing to the following:

Jura C. Zibas, Esq.
jura.zibas@wilsonelser.com

Martin B. Ready, Esq.
marty.ready@wilsonelser.com

David S. Kahn, Esq.
david.kahn@wilsonelser.com

Date:  December 23, 2017          */s/ Albert P. Allan*
                                  Albert P. Allan