**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

I-VIEW NOW, LLC,

        Plaintiff,

vs.

POLICE PRIORITY, INC.,

        Defendant.

2:17-cv-02604-RFB-VCF

**ORDER**

        Before the Court is Defendant Police Priority's Motion for Order Shortening Time re: Rule 26(C) Motion to Stay Discovery and Obligations Under the Local Patent Rules (ECF No. 24).

        Accordingly,

        IT IS HEREBY ORDERED that a hearing on Defendant Police Priority's Motion for Order Shortening Time re: Rule 26(C) Motion to Stay Discovery and Obligations Under the Local Patent Rules (ECF No. 24) is scheduled for 2:30 PM, April 16, 2018, in Courtroom 3D.

        IT IS FURTHER ORDERED that any opposition to Defendant Police Priority's Motion for Order Shortening Time re: Rule 26(C) Motion to Stay Discovery and Obligations Under the Local Patent Rules (ECF No. 24) must be filed on or before March 30, 2018. Any reply in support of Defendant Police Priority's Motion for Order Shortening Time re: Rule 26(C) Motion to Stay Discovery and Obligations Under the Local Patent Rules (ECF No. 24) must be filed on or before April 6, 2018. The parties must address Plaintiff's suggestion that limited discovery be allowed to determine whether this court has jurisdiction, as raised in the Opposition to Defendant Police Priority's Motion to Dismiss for Improper Venue (ECF No. 15, page 2),

        DATED this 21st day of March, 2018.

        _____
        CAM FERENBACH
        UNITED STATES MAGISTRATE JUDGE